## LEHIGH VALLEY TRUST CO. et al. v. UNITED STATES.

No. 42095.

Court of Claims.

March 7, 1938.

Francis R. Lash, of Washington, D. C. (Fred A. Woodis, of Washington, D. C., on the brief), for plaintiffs.

John A. Rees, of Washington, D. C., and James W. Morris, Asst. Atty. Gen., for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

This case was submitted at the same time the Seiberling Case, Seiberling v. United States, Ct.Cl., 22 F.Supp. 397 was submitted and involves similar issues. The decision in this case depends upon the decision in the Seiberling Case, this day decided.